1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSE ESCOBEDO,                    ) No.  1:14-cv-01909-BAM
                                      )
12          Plaintiff,                ) **STIPULATION FOR CONTINUANCE OF**
                                      ) **MANDATORY SCHEDULING**
13      vs.                           ) **CONFERENCE; ORDER**
                                      )
14  BRENT D. PILEGARD, et al.,        )
                                      ) Date: May 7, 2015
15          Defendants.               ) Time: 9:00 a.m.
                                      ) Courtroom: 8
16                                    ) Magistrate Judge Barbara A. McAuliffe
                                      )
17                                    )
                                      )
18  _____)

19      WHEREAS, a Mandatory Scheduling Conference in this action is currently set for May
20  7, 2015;

21      WHEREAS, the Parties have reached a tentative settlement of Plaintiff's claims in full,
22  and have circulated a settlement agreement for signature;

23      WHEREAS, Plaintiff provided his signature on the settlement agreement to counsel for
24  Defendants on May 4, 2015, but has not yet received Defendants' signatures on the agreement
25  due to the large number of defendants in the case.

26          WHEREAS, the Parties wish to conserve judicial resources by continuing the
27  scheduling conference to allow time to finalize the settlement;

28

NOW, THEREFORE, the Parties, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for May 7, 2015 to a date at the Court's convenience on or after June 15, 2015, to allow time to finalize the settlement agreement and file a dismissal of the action.

Date: May 5, 2015  MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff
Jose Escobedo

FLESHER McKAGUE LLP

*/s/ Erica L. Rosasco*
Erica L. Rosasco
Attorneys for Defendants
Brent D. Pilegard, Gregory C. Pilegard,
Ryan Pilegard, Cole Pilegard, Celeste
Pilegard, and Ellen Pilegard, as Trustee of
the Ellen Pilegard Living Trust u/d/t dated
February 25, 2011

**ORDER**

The parties having so stipulated and good cause appearing, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for May 7, 2015 is continued to **June 17, 2015 at 9:30 AM**. The parties SHALL file a fully prepared updated JOINT Scheduling Report one week prior to the conference. If the parties file a notice of settlement before the scheduling conference, the conference will be vacated.

IT IS SO ORDERED.

Dated:   **May 6, 2015**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE