1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No.  1:14-cv-01909-BAM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION;  ORDER** |
| vs. | |
| BRENT D. PILEGARD, et al., | |
| Defendants. | |

1 IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Brent D. Pilegard, Gregory C. Pilegard, Ryan Pilegard, Cole Pilegard, Celeste Pilegard, and Ellen Pilegard, as Trustee of the Ellen Pilegard Living Trust u/d/t dated February 25, 2011, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: May 27, 2015                    MOORE LAW FIRM, P.C.

                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff
                                      Jose Escobedo

Date: May 27, 2015                    FLESHER McKAGUE LLP

                                      */s/ Erica L. Rosasco*
                                      Erica L. Rosasco
                                      Attorneys for Defendants
                                      Brent D. Pilegard, Gregory C. Pilegard, Ryan
                                      Pilegard, Cole Pilegard, Celeste Pilegard, and Ellen
                                      Pilegard, as Trustee of the Ellen Pilegard Living
                                      Trust u/d/t dated February 25, 2011

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.  The Clerk of the Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated:  **June 10, 2015**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE